Caroline Baecht v. Louis Hevesy.— Motion for restitution denied, without costs. Settle order on notice.

Caroline Baecht v. Louis Hevesy.— Motion for resettlement granted, without costs. Settle order on notice.

## THIRD DEPARTMENT, MARCH, 1907.

Albany Industrial Company, Respondent, v. Jonas M. Kilmer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Anna Burke, as Administratrix, etc., of Benjamin F. Burke, Deceased, Respondent, v. George Holtzmann, Appellant.— Motion granted.

Victoria B. Dobson, Respondent, v. Village of Oneida, Appellant.— Motion denied.

Foster Dickinson, by Charles A. Dickinson, his Guardian ad Litem, Appellant, v. Leonora Blake and Jonas Townsend, Respondents, Impleaded with George Dickinson and Others.—Motion denied.

Mason J. Hatch, as Administrator, etc., of Theresa Hatch, Deceased, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Erastus J. Huntington, Respondent, v. Hudson Valley Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Suzette Jackson, Respondent, v. Dewitt C. Moore, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Edwin Kirnan, Appellant, v. The New York and Ottawa Railway Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Accounts of Peter Minkler, as Administrator, etc., of Antoinette Minkler, Late of the Town of Chazy, Deceased, Respondent. Orren E. Minkler, Appellant.— Decree unanimously affirmed, with costs. No opinion.

In the Matter of the Application of Harry deF. Hilliard for Admission to the Bar of this State.—Application granted.

In the Matter of the Application of Avery S. Wright, Appellant, for a Writ of Mandamus Directing Otto Kelsey, as State Comptroller, Respondent, to pay Salary.— Motion denied.

The People of the State of New York, Respondent, v. Walter A. Duffy, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

The People of the State of New York ex rel. Beaverkill Stream Club, Appellant, v. Millard Knapp and Others, Assessors of the Town of Hardenburg, Respondents.— Final order unanimously affirmed, with costs. No opinion.

Palmer Ryer, Respondent, v. City of Cortland, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Melissa M. Rose, Respondent, v. Henry W. Misner, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Charles E. Sargent, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.